AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Shasta View Irrigation District, Klamath Drainage District, Van Brimmer Ditch Company, Tulelake Irrigation District, Klamath Water Users Association, Ben Duval, and Rob Unruh,<br>*Plaintiff(s)*<br>v.<br>United States Bureau of Reclamation; Ernest Conant, in his official capacity as the Regional Director of the Mid-Pacific Region of the United States Bureau of Reclamation; Jeffrey Nettleton, etc.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:19-cv-00531-CL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jeffrey Nettleton, Area Manager
Klamath Basin Area Office
United States Bureau of Reclamation
6600 Washburn Way
Klamath Falls OR  97603-9365

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SOMACH SIMMONS & DUNN, PC
PAUL S. SIMMONS, ESQ.
RICHARD S. DEITCHMAN, ESQ.
500 Capitol Mall, Suite 1000
Sacramento, CA 95814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4-12-19

CLERK OF COURT
Mary L. Moran, Clerk of Court
*Signature of Clerk or Deputy Clerk*

| Attorney or Party without Attorney:<br>SOMACH SIMMONS & DUNN<br>PAUL S. SIMMONS (SBN 971386)<br>500 CAPITOL MALL STE 1000<br>SACRAMENTO, CA 95814<br>Telephone No: (916) 446-7979<br><br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the District of Oregon |
|---|
| Plaintiff: Shasta View Irrigation District, Klamath Drainage District, Van Brimmer Ditch Company, Tulelake Irrigation District, Klamath Water Users Association, Ben Duval, and Rob Unruh<br>Defendant: United States Bureau of Reclamation; Ernest Conant, in his official capacity as the Regional Director of the Mid-Pacific Region of the United States Bureau of Reclamation; Jeffrey Nettleton, etc. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:19-CV-00531-CL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE ASSIGNMENT ORDER; CIVIL COVER SHEET

3. a. Party served: Jeffrey Nettleton, Area Manager - United States Bureau of Reclamation
   b. Person served: Jeffrey Nettleton, Area Manager, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 6600 WASHBURN WAY, KLAMATH FALLS, OR 97603

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Apr 15 2019 (2) at: 03:28 PM

6. **Person Who Served Papers:**
   a. Gary Clayton
   b. FIRST LEGAL
      1814 I Street
      SACRAMENTO, CA 95814
   c. (916) 444-5111

   d. The Fee for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

04/24/2019
(Date)    (Signature)



PROOF OF SERVICE

3266475
(16003180)